1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT WILLIS,

11              Plaintiff,                    No. CIV S-06-1988 MCE KJM P

12        vs.

13   R. WEEKS,

14              Defendants.          FINDINGS & RECOMMENDATIONS

15   _____/

16          By an order filed April 25, 2007, this court ordered plaintiff to complete and

17   return to the court, within thirty days, the USM-285 form necessary to effect service on

18   defendants.  That thirty day period has since passed, and plaintiff has not responded in any way

19   to the court's order.

20          IT IS HEREBY RECOMMENDED that this action be dismissed without

21   prejudice.  See Fed. R. Civ. P. 41(b).

22          These findings and recommendations will be submitted to the United States

23   District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

24   twenty days after being served with these findings and recommendations, plaintiff may file

25   written objections with the court.  The document should be captioned "Objections to Findings

26   and Recommendations."   Plaintiff is advised that failure to file objections within the specified

1

1    time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

2    (9th Cir. 1991).

3    DATED:   October 12, 2007.

4

                                              U.S. MAGISTRATE JUDGE

6    2

   will1988.fusm

2