IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WILLIS,

        Plaintiff,                  No. CIV S-06-1988 MCE KJM P

    vs.

R. WEEKS,

        Defendant.         <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file objections to the October 15, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 26, 2007 request for an extension of time is granted; and

        2. Plaintiff shall file his objections to the October 15, 2007 findings and recommendations on or before November 12, 2007.

DATED: November 6, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
will1988.36