IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WILLIS,

        Plaintiff,                  No. CIV S-06-1988 MCE KJM P

    vs.

R. WEEKS,

        Defendant.         <u>ORDER</u>

                              /

          Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On October 15, 2007, the court recommended that the action be dismissed because plaintiff had not returned the documents necessary to effect service of process.  On November 15, 2007, plaintiff filed objections to the recommendation, noting that he was sending the documents necessary for service.

          By an order filed April 25, 2007, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint, which are required to effect service on the defendants.  On November 15, 2007, plaintiff submitted the copies of the complaint but failed to file the proper USM-285 court form.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 15, 2007 are hereby vacated;

2 The Clerk of the Court is directed to send plaintiff one blank USM-285 form; and

3. Within thirty days, plaintiff shall submit to the court the completed USM-285 form for defendant Weeks required to effect service. Failure to return the form within the specified time period will result in a recommendation that this action be dismissed.

DATED: December 4, 2007.

U.S. MAGISTRATE JUDGE

2/mp
will1988.8f(2)