IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WILLIS,

        Plaintiff,                No. CIV S-06-1988 MCE KJM P

   vs.

R. WEEKS,

        Defendant.             FINDINGS & RECOMMENDATIONS

_____/

        By an order filed April 25, 2007, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendant. Plaintiff did not comply and on October 15, 2007, the court recommended that the action be dismissed. Thereafter, plaintiff received an extension of time and then filed objections to the recommendation. In an order filed December 5, 2007, the court vacated its recommendation, directed the Clerk to send plaintiff the necessary documents for service, and ordered plaintiff to return the materials within thirty days of the date of that order. This most recent order was properly served and has not been returned as undeliverable. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

1  These findings and recommendations will be submitted to the United States
2  District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within
3  twenty days after being served with these findings and recommendations, plaintiff may file
4  written objections with the court.  The document should be captioned "Objections to Findings
5  and Recommendations."   Plaintiff is advised that failure to file objections within the specified
6  time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
7  (9th Cir. 1991).

8  DATED: May 15, 2008.

_____
U.S. MAGISTRATE JUDGE

2
will1988.fusm